IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**           Courtroom Clerk: **Monica Tutson**

DATE: **February 5, 2004**                Court reporter: **Juanita Gonzales**

| Case Number: | | | |
|---|---|---|---|
| **C03-4069MJJ** | ATLANTIC RECORDS | v. | **MARTHA LAWSON** |
| **C03-4077MJJ** | ARISTA RECORDS, INC | v. | **LYNN MURPHY** |
| **C03-4078MJJ** | CAPITOL RECORDS INC | v. | **LYNETTE NEUMAN** |
| **C03-4080MJJ** | UMG RECORDS INC | v. | **MARVIN HOOKER** |
| **C03-4085MJJ** | SONY MUSIC ENT | v. | **RAYMOND MAALOUF** |
| **C03-4086MJJ** | SONY MUSIC ENT | v. | **HEATHER OAKES** |

COUNSEL FOR PLAINTIFF(S):           COUNSEL FOR DEFENDANT(S):
**Zuzana Svihra**                   **Timothy Fox**
**Jeff Knowles**                    **Shawn Parr**
                                    **Marvin Hooker, Pro Per**
                                    **Robert Ted Parker**
                                    **Glen Moss**

PROCEEDINGS:                                        RULING:
1.
   () Status Conference       ()P/T Conference      (X)Case Management Conference

ORDERED AFTER HEARING:
Discovery stayed, except for discovery relevant to the settlement conference.  All parties shall issue discovery relevant to the settlement conference within **3 weeks (February 27, 2004).**

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge Laporte    For:    Settlement in 70 days or soon thereafter.

CASE CONTINUED TO: May 11, 2004 @ 2:00 p.m.  for Further Status Conference

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ()Jury    ( )Court

Notes:    Answer by defendant Martha Lawson due by 2/11/2004.  Case Management conferences shall be continued as to defendants Martha Lawson and Lynn Murphy.

          No answer filed by defendant Raquelle Williams.  Request for entry of Clerk's Default shall be filed.