**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 29, 2004         Time: 3 ½ hours

Case No:  **C-** 03-04085 MJJ **(EDL)**

Case Name:  SONY MUSIC ENTERTAINMENT, et al. v. MAALOUF

  Deputy Clerk: Dennis King   Court Reporter: Electronically recorded

  Attorneys:  Plt: Ted Parker   Def: Zuzana Svihra, Jeffrey Knowles

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE     []  FURTHER SETTLEMENT CONFERENCE

  [X]   Case settled

  []    Did not settle

  []    Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:_____

[]  TELEPHONIC CONFERENCE RE:_____

[]  OTHER:_____

NOTES: <u>The parties reached an agreement and went on the record, but did not record a final settlement. Instead, they will file their settlement with the court by 4/30/2004. Exhibits A and B relevant to the recorded where handed to the Court.</u>

cc: MJJ, EDL